THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| MATTHEW H. MORRISON | : | BK. No. 16-11814 REF |
| Debtor | : | |
| | : | Chapter No. 13 |
| NATIONSTAR MORTGAGE LLC | : | |
| Movant | : | |
| v. | : | |
| | : | |
| MATTHEW H. MORRISON | : | |
| Debtor | : | |
| | : | |
| FREDERICK L. REIGLE, ESQUIRE | : | 11 U.S.C. §362 |
| Trustee | : | |

**ANSWERS TO MOTION OF NATIONSTAR MORTGAGE LLC
FOR RELIEF FROM AUTOMATIC STAY UNDER §362**

1. Admit.

2. Admit.

3. Denied, after reasonable investigation, the Debtor is without sufficient information to either admit or deny the allegations in this paragraph.

4. Admit.

5. Admit.

6. Deny.

7. No response required.

8. Deny.

9. Deny.

10. Deny.

11. No response required.

12. Admit.

WHEREFORE, Debtor moves that the Motion be denied.

                        Respectfully submitted,

                        TRAINOR LAW OFFICES, P.C.

                        /s/   Paul Edward Trainor, Esquire
                        PAUL EDWARD TRAINOR, ESQUIRE
                        I.D. NO. 35627
                        Counsel for Debtor
                        TRAINOR LAW OFFICES, P.C.
                        1275 Glenlivet Drive, Suite 100
                        Allentown, PA  18106-3107
                        (610) 434-7004
                        (484) 224-2999 Facsimile
                        trainor1720@verizon.net