UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :
:
    MATTHEW H. MORRISON : Bankruptcy No. 16-11814REF
:
    Debtor(s) : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred *for 3 years* from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

9/1/16

FOR THE COURT

_____
Richard E. Fehling, B.J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Paul Edward Trainor, Esq.
Trainor Law Offices PC
1275 Glenlivet Drive, Suite 100
Allentown, PA 18106-3107

Matthew H. Morrison
P. O. Box 39
Germansville, PA 18053

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107