```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                              Case No. 16-11814-ref
Matthew H. Morrison                                                 Chapter 13
Matthew H. Morrison
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0313-4          User: Angela               Page 1 of 2              Date Rcvd: Sep 01, 2016
                              Form ID: pdf900            Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2016.
db             #+Matthew H. Morrison,    6135 Buckery Road,    Germansville, PA 18053-2550
db              +Matthew H. Morrison,    MAILING ADDRESS,    PO Box 39,    Germansville, PA 18053-0039
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13691940        +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
13691941        +Central Credit/Penn Cr,    Attn:Bankruptcy,    Po Box 988,    Harrisburg, PA 17108-0988
13691942        +Consumer Portfolio Svc,    Attn: Bankruptcy,    19500 Jamboree Rd,    Irvine, CA 92612-2401
13733572         ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
13691943        +Ecmc,    1 Imation Place,    Bldg 2,    Oakdale, MN 55128-3422
13752048       ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,     ATTN: Bankruptcy Department,
                  PO Box 619096,    Dallas, TX 75261-9741)
13691944        +Nationstar Mortgage LLC,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
13740646        +Nationstar Mortgage, LLC,    c/o Joshua I. Goldman, Esq.,     KML Law Group, PC,
                  701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13699864        +Nationstar Mortgage, LLC,    c/o Matthew C. Waldt, Esq.,     1 East Stow Road,
                  Marlton, NJ 08053-3118
13691945        +PA Department of Revenue,    151 West Marshall #200,    Norristown, PA 19401-4761
13779733        +Porania, LLC,    P.O. Box 12213,    Scottsdale, AZ 85267-2213
13691946        +Verizon,    500 Technology Dr,    Suite 500,    Weldon Spring, MO 63304-2225
13691947        +Wendy Morrison,    6135 Buckery Road,    Germansville, PA 18053-2550

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: robertsl2@dnb.com Sep 02 2016 02:09:44      Dun & Bradstreet, INC,
                  3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 02 2016 02:09:21
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 02 2016 02:09:46     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13725513        +E-mail/Text: Info@williamsonandbrown.com Sep 02 2016 02:10:03      Ace Cash Express,
                  c/o Williamson & Brown LLC,    4691 Clifton Parkway,    Hamburg, NY 14075-3201
13755008         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 02 2016 02:15:53
                  American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                  Oklahoma City, OK  73124-8838
13712765         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 02 2016 02:08:27
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Angela                Page 2 of 2              Date Rcvd: Sep 01, 2016
                              Form ID: pdf900             Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage, LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              PAUL EDWARD TRAINOR    on behalf of Debtor Matthew H. Morrison trainorlawoffices@gmail.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :
                                                    :
    MATTHEW H. MORRISON            : Bankruptcy No. 16-11814REF
                                                    :
    Debtor(s)                      : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby Dismissed with Prejudice and debtor is barred *for 3 years* from filing another bankruptcy petition, either individually or jointly with a spouse, without prior leave of Court.

9/1/16

FOR THE COURT

_____
Richard E. Fehling, B.J.

Interested parties:

Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606-0410

Paul Edward Trainor, Esq.
Trainor Law Offices PC
1275 Glenlivet Drive, Suite 100
Allentown, PA 18106-3107

Matthew H. Morrison
P. O. Box 39
Germansville, PA 18053

David P. Adams, Esq.
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107